IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Case No. 00-CR-00336-RPM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LANNY OLIVER,

    Defendant.

---

FINDINGS OF FACT, CONCLUSIONS OF LAW and REASONS
FOR ORDER OF DETENTION

---

This matter comes before the court on April 3, 2007, for preliminary hearing on the Petition to Revoke Supervised Release and Warrant for Arrest and for detention hearing. The defendant waived his right to a preliminary hearing on this petition.

Under Rule 32.1, the court "may release or detain the [defendant] under 18 U.S.C. § 3143(a) pending further proceedings. The burden of establishing that the person will not flee or pose a danger to any other person or to the community rests with the [defendant]."

In making my findings of fact, I have taken judicial notice of the information set forth in the Petition to Revoke Supervised Release, the Presentence Report, and the entire court file. The defendant is not contesting detention. Under the circumstances, I find that the defendant has not sustained his burden of establishing that he will not flee or fail to appear at future proceedings in this matter. On the record before the court, I find that no condition or combination of conditions of release will reasonably assure the appearance of the defendant. Accordingly, I order the defendant detained without bond.

    Done this 3rd day of April 2007.

                              BY THE COURT

                              <u>S/ Michael J. Watanabe</u>
                              Michael J. Watanabe
                              U.S. Magistrate Judge