# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLO.

APR 2 4 2007

GREGORY C. LANGHAM
CLERK

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| | (For **Revocation of Supervised Release**) |
| v. | Case Number: 00-cr-00336-RPM-01 |
| | USM Number: 29825-013 |
| LANNY OLIVER | Brian Holland, Appointed |
| | (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1 and 2, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to Report as Directed | 12/15/06 |
| 2 | Failure to Notify the Probation Officer at Least Ten Days Prior to Any Change of Employment | 11/08/06 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

April 18, 2007
Date of Imposition of Judgment

_Signature of Judge_

Richard P. Matsch, Senior U.S. District Judge
Name & Title of Judge

April 24, 2007
Date

DEFENDANT: LANNY OLIVER
CASE NUMBER: 00-cr-00336-RPM-01

Judgment-Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 8 months.

The court recommends that the Bureau of Prisons designate the defendant to a facility where he can be evaluated and receive mental health treatment.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal